| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Avis Copelin<br>144 Valley St<br>Burbank CA 91505<br>818.396.2811 | **FILED**<br><br>APR 1 5 2014<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                        Deputy Clerk |
| ☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ▼

| In re:<br>Avis Richelle Copelin<br><br><br><br>Debtor(s). | CASE NO.: 13-bk-32580 RK<br><br>ADVERSARY CASE NO.: 14-ap-01175 RK<br><br>CHAPTER: 11    ▼ |
|---|---|
| Great Western Capital, LLC et al<br><br><br>                                          Plaintiff(s).<br><br>Nicklaus Seward, et al        vs.<br><br><br><br>                                          Defendant(s). | **JOINT STATUS REPORT**<br>**LBR 7016-1(a)(2)**<br><br>DATE:<br>TIME:<br>COURTROOM: 1675<br>PLACE:<br>          255 E Temple St<br>          Los Angeles, CA 90012 |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE: Robert Kwan

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.  PLEADINGS/SERVICE:**

1.  Have all parties been served?                                                                          ☒ Yes    ☐ No

2.  Have all parties filed and served answers to the complaint/counter-complaints/etc.?    ☐ Yes    ☒ No

3.  Have all motions addressed to the pleadings been resolved?                                    ☐ Yes    ☒ No

4.  Have counsel met and conferred in compliance with LBR 7026-1?                            ☐ Yes    ☒ No

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5.   If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below (*or on attached page*):
Opposing parties are disputing the removal from state court.

**B.   <u>READINESS FOR TRIAL</u>:**

1.   When will you be ready for trial in this case?
<u>Plaintiff</u>                                    <u>Defendant</u>

2.   If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.
<u>Plaintiff</u>                                    <u>Defendant</u>

3.   When do you expect to complete <u>your</u> discovery efforts?
<u>Plaintiff</u>                                    <u>Defendant</u>
                              30-60 days

4.   What additional discovery do you require to prepare for trial?
<u>Plaintiff</u>                                    <u>Defendant</u>
                                             Undetermined at this time

**C.   <u>TRIAL TIME</u>:**

1.   What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
<u>Plaintiff</u>                                    <u>Defendant</u>
                                             Undetermined at this time

2.   How many witnesses do you intend to call at trial (*including opposing parties*)?
<u>Plaintiff</u>                                    <u>Defendant</u>
                                             Undetermined at this time

3.   How many exhibits do you anticipate using at trial?
<u>Plaintiff</u>                                    <u>Defendant</u>
                                             Undetermined at this time

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 2                          **F 7016-1.STATUS.REPORT**

**D.**  **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

|                     | Plaintiff |                     | Defendant |
|---------------------|-----------|---------------------|-----------|
| Pretrial conference ☐ is ☐ is not  requested | | Pretrial conference ☒ is ☐ is not  requested | |
| Reasons: | | Reasons: | |

|                     | Plaintiff |                     | Defendant |
|---------------------|-----------|---------------------|-----------|

Pretrial conference should be set after:        Pretrial conference should be set after:

(date) _____        (date) _July 15 2014_

**E.**  **SETTLEMENT:**

1.  What is the status of settlement efforts?
    There are no settlement efforts at this point.

2.  Has this dispute been formally mediated?        ☐ Yes  ☒ No
    If so, when?

3.  Do you want this matter sent to mediation at this time?

    Plaintiff                                    Defendant

    ☐ Yes  ☐ No                              ☒ Yes  ☐ No

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F.** **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: _____                         Date: 4/15/2014

_____            _____
Printed name of law firm                    Printed name of law firm

_____            _____
Signature                                   Signature

_____            Avis Copelin
Printed name                                Printed name

Attorney for: _____            Attorney for: Debtor Pro Per _____

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 4                              **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10153 1/2 Riverside Dr #189 Toluca Lake CA 91602

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT LBR 7016-1(a)(2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 04/15/2014 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/15/2014 | Christian Copelin | *Christian Copelin* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.